certainty the legal effects of those facts.  See, King v. NLSB, 730 N.E.2d 1222, 1225 (Ill.App. 2000).

The third motion for summary judgment [#30] is therefore denied.  This case is set for a final pretrial conference on Thursday, August 18, 2005 at 10:30 a.m. via phone before Magistrate Judge John A. Gorman.

ENTER this 9th day of August, 2005.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE